**[Dntcdfnc]** [District Notice Deficient Filing New Case]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

In re:                                                        Case No. 3:19−bk−00087−JAF
                                                              Chapter 13

Elizabeth B Jennings


_____Debtor*_____/


## NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
## AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 14, 2019 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   The voluntary petition does not include the Debtor's telephone number on page 8. The Debtor is directed to file a "Notice of Telephone Number" or a "Statement of No Telephone Number" no later than 14 days from the date of this notice.
   The Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b), or filed an unsigned Chapter 13 Plan. The Debtor is directed to file a Debtor−signed Chapter 13 Plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed. A link to the Court's Model Plan is available on the Court's website at http://www.flmb.uscourts.gov/procedures/documents/Chapter13Plan.pdf

   The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.


                                   FOR THE COURT
   Dated: January 15, 2019         Sheryl L. Loesch , Clerk of Court

                                   300 North Hogan Street Suite 3−150
                                   Jacksonville, FL 32202


The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.