**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: April 23, 2019

_Jerry A. Funk_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 3:19–bk–00087–JAF
                                                                        Chapter 13
Elizabeth B Jennings

_____Debtor*_____/

### ORDER ABATING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

THIS CASE came on for consideration, without hearing, of the Motion for Referral to Mortgage Modification Mediation by the Debtor , Doc. # 34 . After review, the Court determines that the motion , is deficient as follows:

A signed and dated proof of service was not filed. Local Rule 9013–1.

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.